COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
JAY A. NELSON, No. 258431
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
ELIJAH COOPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH COOPER,<br><br>Defendant. | Case No. 13 Cr. 693 SI<br><br>[~~PROPOSED~~] ORDER PERMITTING DEFENDANT ELIJAH COOPER TO LISTEN TO AUDIO RECORDINGS WHILE IN CUSTODY PENDING TRIAL<br><br>Before the Honorable Susan Illston<br>United States District Judge |

    Defendant Elijah Cooper in the above-captioned case is currently detained at the Glenn E. Dyer Detention Facility under PFN UJH114.  Mr. Cooper may be transferred to the custody of other correctional institutions during the pendency of this case.  Ethan A. Balogh represents the defendant, and has received audio recordings from the Government as part of the discovery in this case.  Mr. Cooper is entitled to listen to those recordings.  Accordingly,

    IT IS HEREBY ORDERED that the Glenn E. Dyer Detention Facility, and any other correctional institution that may now or in the future have custody over the above-captioned defendant during the pendency of this case shall accept MP3 players containing the audio discovery from counsel for the defendant, within the security regulations set by the jails for MP3 players.

1    IT IS FURTHER ORDERED that the Glenn E. Dyer Detention Facility, and any other correctional institution that may now or in the future have custody over the above-captioned defendant during pendency of this case shall make the MP3 players available to the defendant at a reasonable time and in a reasonable manner, so that the defendant may listen to the recordings.

    IT IS FURTHER ORDERED that the audio discovery to be provided to Mr. Cooper pursuant to this Order is subject to three wiretap ProtectiveOrders limiting disclosure. ACCORDINGLY, IT IS HEREBY ORDERED THAT NO PERSON OTHER THAN MR. COOPER SHALL BE PERMITTED TO LISTEN TO OR POSSESS THE MP3 PLAYER PROVIDED TO MR. COOPER.

    IT IS FURTHER ORDERED THAT MR. COOPER IS SUBJECT TO THIS WARNING THAT THE CONTENTS OF THE MP3 PLAYER ARE SUBJECT TO COURT ORDERS LIMITING DISCLOSURE, THAT H E IS FORBIDDEN FROM PERMITTING ANY PERSON TO POSSESS OR LISTEN TO THE RECORDINGS ON THE MP3 PLAYER, AND THAT IF HE PERMITS UNAUTHORIZED POSSESSION OR REVIEW OF THE CONTENTS OF THE MP3 PLAYER, HE SHALL BE SUBJECT TO PUNISHMENT FOR CONTEMPT OF COURT..

    A copy of this Order shall be served on Elijah Cooper at the time he his provided the authorized MP3 player.

    IT IS SO ORDERED.

Dated:   1/29/14

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE