1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  BENJAMIN TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          Benjamin.Tolkoff@usdoj.gov
8
   Attorneys for United States of America
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,          )   No. CR 13-693 SI
                                       )
15         Plaintiff,                  )   DECLARATION OF ASSISTANT UNITED
                                       )   STATES ATTORNEY TOLKOFF
16    v.                               )
                                       )
17  ELIJAH COOPER,                     )
                                       )
18         Defendant.                  )
                                       )
19
20  1.     I, Benjamin Tolkoff, declare and state as follows:

21  2.     I am an Assistant United States Attorney (AUSA) and currently assigned as the attorney of

22  record in the captioned matter.

23  3.     In May 2014, AUSA W.S. Wilson Leung assumed responsibility for this matter because I was

24  assigned to the trial team in *United States v. Victor Flores, et. al.,* CR 12-119 SI (N.D.Ca.). That trial

25  commenced June 23, 2014 and finished October 1, 2014.

26  4.     On or about October 16, 2014, Mr. Leung asked me to resume responsibility for the captioned

27  matter because he was scheduled to begin trial before Judge Chhabria on November 3, 2014 (*United

28  States v. Nathan Charlton*, CR 13-591 VC (N.D.Ca.). Mr. Leung also had to leave the country on

DECLARATION OF TOLKOFF
CR 13-693 SI

official travel pertaining to another case.

5.  On October 31, 2014, I filed Docket No. 79 in the captioned matter. As an exhibit to No. 79, I attempted to file an application and order for a pen register that was issued by Judge Maria Elena James on February 27, 2013. I did not file a motion supported by declaration requesting the sealing of that exhibit because the documents were already sealed, by Judge James. I can find nothing in the local rules that specifically addresses this situation.

6.  My understanding of a Stingray device is that it mimics a cell phone tower and is used to locate a cell phone. The government did not use a "stingray" or any similar devices in this matter.

I declare, under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Date: November 11, 2014.

MELINDA HAAG
United States Attorney

/s/

BENJAMIN TOLKOFF
Assistant United States Attorney

DECLARATION OF TOLKOFF
CR 13-693 SI