16 minutes

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
AMENDED
CRIMINAL PRETRIAL MINUTES

Date: 5/7/15

Case No.     CR-13-693 SI &CR-09-0156 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- ELIJAH COOPER (C)(P)

Attorneys: Brigid Martin, Mark Wolf            Ethan Balogh
USPO: n/a

Deputy Clerk:  Tracy Kasamoto  Court Reporter: Katherine Sullivan

**PROCEEDINGS**

1) Government's Motion to Dismiss w/prejudice - HELD

Final Pretrial Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, () DENIED, ( X ) GRANTED/DENIED IN    (  ) SUBMITTED
                                                                      PART

**These motions shall be heard  relating to the Charges of Supervised Release Violation (CR-09-0156)**

1) Case continued to **5/14/15 @ 11:00  a.m.**    For SFPD's Motion to Quash

2) Case continued to **5/18/18 @ 10:00 a.m.**   Evidentiary Hearing Re: Supervised Release
   Violation, Motion Production of Documents Relating to Confidential Witness, and
   Motion Re: Witness Identification.

ORDERED AFTER HEARING:

The Court dismissed *with* prejudice all charges filed in C-13-0693.

Defense shall arrange for a bail hearing before the duty magistrate-judge.